PROB 12C
(7/93)

Report Date: January 16, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rogelio Zaragoza         Case Number: 0980 2:10CR02011-EFS-1

Address of Offender: ▉

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 4, 2010

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison 57 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  To be determined            Date Supervision Commenced: August 10, 2014

Defense Attorney:     Alex B Hernandez, III       Date Supervision Expires: August 9, 2017

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six test per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On August 18, 2014, photographs of Mr. Zaragoza drinking alcohol were taken by the government. |
| 2 | **Special Condition # 14**: You shall not associate with known criminal street gang members or their affiliates.<br><br>**Supporting Evidence**: On August 18, 2014, photographs of Mr. Zaragoza with document gang members were taken by the government. |
| 3 | **Standard Condition # 2**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Zaragoza, Rogelio**
**January 16, 2015**
**Page 2**

        **Supporting Evidence**: On November 25, 2014, Mr. Zaragoza admitted to this officer, he consumed marijuana daily between November 19 and 24, 2014.

4    **Standard Condition # 3**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and after care. Defendant shall contribute to the cost of treatment according to defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Zaragoza started substance abuse treatment at Merit Resource Services in Yakima on December 18, 2014. Mr. Zaragoza did well in treatment for a couple of weeks, however he stopped attending groups and was terminated from treatment on January 16, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/16/2014

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
1/16/2015
Date