PROB 12C
(7/93)

# United States District Court

### for the

### Eastern District of Washington

Report Date: June 25, 2015

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rogelio Zaragoza    Case Number: 0980 2:10CR02011-EFS-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:   The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 4, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 57 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To be determined | Date Supervision Commenced: March 23, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: January 22, 2018 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 18, 2015.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On June 18, 2015, Mr. Zaragoza provided a presumptive positive urinalysis for marijuana. He denied consuming any marijuana and the urinalysis was sent to Alere Toxicology Services for testing. On June 23, 2015, this officer received a drug test report, showing positive results for marijuana metabolite. |

Prob12C
Re: Zaragoza, Rogelio
June 25, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/25/2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 25, 2015
Date