PROB 12C
(7/93)

Report Date: August 17, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2015

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rogelio Zaragoza | Case Number: 0980 2:10CR02011-EFS-1 |
| Address of Offender: | Yakima, Washington  98902 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 4, 2010

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 57 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: March 23, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: January 22, 2018 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 18, and June 25, 2015.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 5, 2015, Mr. Zaragoza provided a presumptive positive urinalysis for marijuana.  He admitted to consuming marijuana on or about July 27, 2015.  The urinalysis was sent to Alere Toxicology Services for testing.  On August 10, 2015, the laboratory determined the specimen was positive for marijuana metabolite. |

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | August 17, 2015 |
|---|---|
| | s/Stephen Krous |
| | Stephen Krous<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

August 17, 2015

Date