PROB 12C
(7/93)

Report Date: December 11, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rogelio Zaragoza              Case Number: 0980 2:10CR02011-EFS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 4, 2010

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 57 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Ben Seal                      Date Supervision Commenced: March 23, 2015

Defense Attorney:    Alex B. Hernandez, III        Date Supervision Expires: January 22, 2018

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/18/2015, 06/25/2015 and 08/17/2015. It is also requested a warrant be issued.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 14**: You shall not associate with known criminal street gang members or their affiliates. |
| | **Standard condition #9**: The offender shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On December 9, 2015, this officer spoke with an investigator for the Washington State Department of Corrections, Security Threat Intelligence and Narcotics Group. The investigator stated he has recorded phone calls of Mr. Zaragoza talking with documented gang member and convicted felon, Jeremyah Parras. Mr. Parras is currently in custody at Clallum Bay Correction Center for second degree murder. |
| | On December 10, 2015, this officer questioned Mr. Zaragoza about having contact with Mr. Parras. Mr. Zaragoza admitted he recently spoke with Mr. Parras on the phone. |

Prob12C
**Re: Zaragoza, Rogelio**
**December 11, 2015**
**Page 2**

**It is respectfully recommended the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court. It is also respectfully recommended the Court issue a warrant for the offender's arrest.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 11, 2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

December 11, 2015

Date